# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gilbert, Jeffrey T. | 2. Court or Organization  District Court - Northern Illinois, Eastern Division | 3. Date of Report  05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full-time Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Instructor (PT) | Northwestern University Pritzker School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Northwestern University Pritzker School of Law (teaching income) | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank (various accounts) | A | Interest | L | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. American Funds Europacific Growth Fund F2 (AEPFX) | D | Dividend | M | T | | | | | |
| 4. American Funds International Growth and Income-F2 (IGFFX) | B | Dividend | L | T | | | | | |
| 5. Brown Cap Mgmt Mut FDS Sml Co Instl (BCSSX) | D | Dividend | L | T | | | | | |
| 6. Columbia Acorn International Fund (ACINX) | C | Dividend | L | T | | | | | |
| 7. Dodge & Cox Income Fund F-2 (DODIX) | C | Dividend | M | T | | | | | |
| 8. Fidelity Advanced New Insights I (FINSX) | C | Dividend | L | T | | | | | |
| 9. Harbor Bond Fund Institutional Class (HABDX) | C | Dividend | K | T | | | | | |
| 10. John Hancock Disciplined Value Mid Cap Fund Class (JVMIX) | D | Dividend | L | T | | | | | |
| 11. The Oakmark International Fund (OAKIX) | B | Dividend | L | T | | | | | |
| 12. Oppenheimer Developing Markets (ODVYX) | B | Dividend | M | T | | | | | |
| 13. Pimco Income Fund Class P (PONDX) | D | Dividend | M | T | | | | | |
| 14. Pimco Commodity Real Return (PCRPX) | C | Dividend | L | T | | | | | |
| 15. Templeton Global Bond Fund Advisor Class (TGBAX) | B | Dividend | K | T | | | | | |
| 16. Vanguard Index FDS Vanguard REIT ETF (VNQ) | C | Dividend | M | T | | | | | |
| 17. BROKERAGE #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DREYFUS INS DEPOSIT PROGRAM I | A | Interest | L | T | | | | | |
| 19. NORTH CAROLINA EASTN MUN PWR AGY PWR SYS REV RFDG CPN 4.0 (658196568) | A | Interest | | | Redeemed | 01/03/17 | K | | |
| 20. ROCKLAND CITY NY VAR PURP SER A G/O UNLTD B\E CPN 4.250% (77355PLB7) | A | Interest | | | Redeemed | 06/01/17 | K | | |
| 21. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV 07-01-17 CPN 4 (34281PML4) | A | Interest | | | Redeemed | 07/03/17 | K | | |
| 22. HILLSBOROUGH CNTY FL SCH BRD REF B\E CPN (43232VKC4) | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 23. DIST COLUMBIA W&S AUTH PUB UTIL REV RFDG SUB CPN (254845EA4) | B | Interest | | | Redeemed | 10/02/17 | K | | |
| 24. BUTLER AL UTILS BRD WTR & SWR REV B\E AGM B/Q CPN (123367AH7) | A | Interest | K | T | | | | | |
| 25. BALTIMORE MD PROJ REV SUB WTR PROJS SER A B\E CPN (05922KNY1) | B | Interest | K | T | | | | | |
| 26. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV RF 07-01-18 CPN (34281PMM2) | A | Interest | K | T | | | | | |
| 27. HARRIS CNTY TX MUN UTIL DIST 198 RFDG G/O UNLTD CPN (413954GH5) | A | Interest | K | T | | | | | |
| 28. PASSAIC VALLEY NJ WTR COMMN REV B\E CPN (702845EN4) | B | Interest | K | T | | | | | |
| 29. SHAMOKIN COAL TWP PA JT SWR AUTH (819324AT1) | A | Interest | K | T | | | | | |
| 30. WEST MIFFLN PA SAN SWR MUN AUTH SWR REV RFDG (95407CX5) | B | Interest | K | T | | | | | |
| 31. PORT ST LUCIE FL UTIL RV REF&IMPT SYS REV B\E CPN (735352LL8) | B | Interest | K | T | | | | | |
| 32. LONGMONT CO ELEC & BROADBANDUTIL CPN (543097AC3) | B | Interest | K | T | | | | | |
| 33. SAN PATRICIO TX MUN WTR DIST - 799204KQ4) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. SOUTHMOST REGL WTR AUTH 4% (84455LEU7) | B | Interest | K | T | | | | | |
| 35. EVEREST RE GROUP LTD (RE) | A | Dividend | K | T | | | | | |
| 36. AT&T INC COM (T) | A | Dividend | J | T | | | | | |
| 37. AIR PRODS & CHEMS INC COM (APD) | A | Dividend | J | T | | | | | |
| 38. AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 39. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 40. BHP BILLITON LTD SPONSORED ADR (BHP) | | None | | | Sold | 01/06/17 | J | C | |
| 41. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | | | Sold | 12/07/17 | K | | |
| 42. CVS HEALTH CORPORATION (CVS) | A | Dividend | K | T | | | | | |
| 43. CARLISLE COMPANIES INC. (CSL) | A | Dividend | | | Sold | 08/31/17 | J | A | |
| 44. CISCO SYSTEMS INC (CSCO) | A | Dividend | K | T | | | | | |
| 45. DISNEY WALT COMPANY (DIS) | A | Dividend | K | T | | | | | |
| 46. DOWDUPONT (DWDP) | A | Dividend | K | T | | | | | |
| 47. EXPEDITORS INTL WASH INC (EXPD) | A | Dividend | K | T | | | | | |
| 48. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 08/31/17 | J | | |
| 49. GILEAD SCIENCES INC (GILD) | A | Dividend | | | Sold | 12/07/17 | J | | |
| 50. HOME DEPOT INC (HD) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. HONEYWELL INTERNATIONAL (HON) | A | Dividend | K | T | | | | | |
| 52. HUNT J B TRANS SVCS INC COM (JBHT) | A | Dividend | J | T | | | | | |
| 53. INGREDION INCORPORATED (INGR) | A | Dividend | K | T | | | | | |
| 54. INTERCONTINENTAL EXCHANGE (ICE) | A | Dividend | K | T | | | | | |
| 55. INTERNATIONAL BUSINESS MACHINES CORP COM (IBM) | A | Dividend | J | T | | | | | |
| 56. MASTERCARD INC CL A (MA) | A | Dividend | K | T | | | | | |
| 57. MCDONALDS CORP (MCD) | A | Dividend | K | T | | | | | |
| 58. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 59. NIKE INC CLASS B | A | Dividend | K | T | | | | | |
| 60. ORACLE CORPORATION (ORCL) | A | Dividend | J | T | | | | | |
| 61. PAYCHEX INC (PAYX) | A | Dividend | | | Sold | 08/31/17 | J | B | |
| 62. T ROWE PRICE GROUP INC (TROW) | A | Distribution | K | T | | | | | |
| 63. PROCTOR & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 64. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 12/07/17 | J | | |
| 65. STANLEY BLACK & DECKER (SWK) | A | Dividend | K | T | | | | | |
| 66. STARBUCKS CORP (SBUX) | A | Dividend | J | T | | | | | |
| 67. STRYKER CORP (SYK) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. TJX COS INC (TJX) | A | Dividend | K | T | | | | | |
| 69. 3M CO (MMM) | A | Dividend | K | T | | | | | |
| 70. US BANCORP (USB) | A | Dividend | K | T | | | | | |
| 71. UNION PAC CORP COM (UNP) | A | Dividend | K | T | | | | | |
| 72. VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | J | T | | | | | |
| 73. VERSUM MATLS INC COM (VSM) (X) | A | Dividend | J | T | | | | | |
| 74. ISHARES TR NORTH AMERN TECH-SOFTWARE (IGV) | A | Dividend | K | T | | | | | |
| 75. ISHARES TR NASDAQ BIOTECHNOLOGY ETF (IBB) | A | Dividend | J | T | | | | | |
| 76. ISHARES TR RUSSELL 1000 ETF (IWB) | B | Dividend | L | T | | | | | |
| 77. ISHARES TR US TELECOMMUNICATIONS (IYZ) | | None | | | Sold | 02/24/17 | J | B | |
| 78. ISHARES TR US HEALTH CARE PROVIDERS ETF (IHF) | A | Dividend | K | T | | | | | |
| 79. SPDR SER TR S&P BK ETF (KBE) | A | Dividend | K | T | | | | | |
| 80. IRA #2 (H) | | | | | | | | | |
| 81. FIDELITY ADVISOR TOTAL BOND FUND CLASS I (FEPIX) | A | Dividend | L | T | | | | | |
| 82. JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS I (JVMIX) | B | Dividend | K | T | | | | | |
| 83. MFS INTERNATIONAL GROWTH FUND CLASS I (MQGIX) | B | Dividend | K | T | | | | | |
| 84. MFS INTERNATIONAL NEW DISCOVERY FUND (MWNIX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. MFS VALUE FUND CLASS I (MEIIX) | B | Dividend | K | T | | | | | |
| 86. PIMCO INCOME FUND CLASS P (PONPX) | A | Dividend | K | T | | | | | |
| 87. TEMPLETON GLOBAL BOND FUND ADVISOR (TGBAX) | A | Dividend | K | T | | | | | |
| 88. BROKERAGE #2 (H) | | | | | | | | | |
| 89. NUVEEN HIGH YEILD MUNICIPAL BOND FUND (NHMRX) | A | Dividend | L | T | Buy | 05/02/17 | K | | |
| 90. | | | | | Buy (add'l) | 12/07/17 | K | | |
| 91. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 92. T ROWE PRICE EMERGING MARKETS (PRMSX) | A | Dividend | K | T | | | | | |
| 93. ISHARES TR S&P MIDCAP 400 GROWTH (IJK) | A | Dividend | K | T | | | | | |
| 94. T ROWE PRICE HIGH YIELD (PRFHX) | C | Dividend | L | T | Sold (part) | 12/07/17 | K | | |
| 95. AMERICAN FUNDS THE TAX EXEMPT FUND OF AMERICA (TEAFX) | D | Dividend | N | T | Buy (add'l) | 01/06/17 | J | | |
| 96. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 97. | | | | | Buy (add'l) | 05/02/17 | K | | |
| 98. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 99. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 100. SPDR S&P 500 ETF TR TR UNIT (SPY) | A | Dividend | K | T | | | | | |
| 101. VANGUARD INDEX FDS VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. VANGUARD INTERMEDIATE TERM TAX EXEMPT ADMIRAL (VWIUX) | A | Dividend | L | T | Buy | 09/01/17 | L | | |
| 103. | | | | | Buy (add'l) | 12/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 46: Corporate exchange from line 97 of the 2016 report. No reportable transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544